

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-52,909-05

### EX PARTE RONALD JONES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W13-39881-Q(A) IN THE 204TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of robbery and sentenced to 14 years' imprisonment.

In three grounds, Applicant alleges that he is entitled to time credit from the date a detainer was placed on him, and that he should receive back-time credit because the instant sentence was ordered to run concurrently with a prior sentence. We dismiss the first ground and deny the second and third grounds. As to the first ground, Applicant's remedy is to file a motion for nunc pro tunc in the trial court, and then, if the trial court fails to act, a writ of mandamus in the appellate court.

*See Ex parte Ybarra,* 149 S.W.3d 147 (Tex. Crim. App. 2004). We reach the merits of the second and third grounds, to the extent that they allege Applicant's plea was involuntary. They are without merit. *See Davison v. State,* 405 S.W.3d 682, 692 (Tex. Crim. App. 2013). This application is dismissed in part and denied in part.

Filed: November 20, 2019
Do not publish